```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Quincy Hubbard

    v.                                                      Case No. 23-cv-6-SE

FCI Berlin, Warden

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 31, 2023 (doc. no. 11). For the reasons explained therein, the Warden's motion for summary judgment (doc. no. 5) is granted.

    "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk is directed to enter judgment and close this case.

    SO ORDERED.

                                                           _____
                                                            Samantha D. Elliott
                                                           United States District Judge

Date: September 5, 2023

cc:   Quincy Hubbard, pro se
       Seth R. Aframe, Esq.